...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00226–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NATHAN E. WING,

      Defendant.

---

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a 4-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **August 21, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is July 21, 2006.  All responses shall be filed by July 28, 2006.  A hearing on the motions will be scheduled at a later date, if necessary. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 3:15 o'clock p.m. on Friday, **August 11, 2006**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, <u>August 9, 2006</u>.

Dated: June 16, 2006