IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00226–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NATHAN E. WING,

    Defendant.

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a 4-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **December 4, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is October 13, 2006. All responses shall be filed by October 20, 2006. A hearing on the motions, if necessary, is set for **October 27, 2006**, at 9:00 o'clock a.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 9:00 o'clock a.m. on Friday, **November 17, 2006**. The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, November 15, 2006.

Dated: August 14, 2006